```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
```

DEBRA GARIETY, et al.,

    Plaintiffs,

v.                                    CIVIL ACTION NO. 2:99-0992

GRANT THORNTON, LLP, et al.,

    Defendants;

and

THOMAS ALLEN,

    Plaintiff,

v.                                    CIVIL ACTION NO. 2:99-1115

GRANT THORNTON, LLP, et al.,

    Defendants;

and

DEBRA GARIETY, et al.,

    Plaintiffs,

                                        CIVIL ACTION NO. 1:02-0344

TERRY LEE CHURCH, et al.,

    Defendants.

### MEMORANDUM OPINION AND ORDER

    On March 31, 2006, the court entered an Order granting summary judgment in favor of defendants Nancy Vorono, Vida Headrick, Jeanie Wimmer, and Evelyn Herron in the above-captioned cases.  Pursuant to Fed. R. Civ. P. 54(b) and with the consent of the parties, on October 16, 2006, the court directed that final

judgment be entered as to the aforementioned parties.  On November 13, 2006, plaintiffs filed a notice of appeal regarding the entry of summary judgment.  At the request of the parties, the case against the remaining defendants was stayed pending resolution of the appeal against Vorono, Headrick, Wimmer, and Herron.  By Opinion decided January 8, 2008, the Fourth Circuit affirmed the court's entry of summary judgment and the mandate was received on February 4, 2008.

For statistical reasons only, the Clerk is directed to place this case on the court's inactive docket as of November 13, 2006, the date the notice of appeal was filed, until February 4, 2008, the day the mandate was received.

The Clerk is directed to send copies of this Memorandum Opinion and Order to counsel of record.

It is SO ORDERED this 27th day of March, 2008.

ENTER:

David A. Faber
United States District Judge