```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

DEBRA GARIETY, et al.,

    Plaintiffs,

v.                          CIVIL ACTION NO. 1:02-0344

TERRY LEE CHURCH, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Pending before the court is plaintiffs' motion to seal Plaintiffs' Motion for Order For Preliminary Approval of Proposed Settlement and Release Agreement With Certain Remaining Defendants. (Doc. # 396). That motion is GRANTED in part and DENIED in part. The Settlement and Release Agreement (Exhibit 7 to the Motion to Seal) contains financial information and should be filed under SEAL. However, pursuant to Local Rule of Civil Procedure 5.2.1, the parties are directed to file a redacted copy suitable for public viewing. The motion to seal is DENIED in all other respects.

The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

**IT IS SO ORDERED** this the 4th day of March, 2010.

                                    ENTER:

                                      David A. Faber
                                    Senior United States District Judge